IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES TENNENT

                Plaintiff,                Case No. 13-CV-73

vs.

BIG KAHUNA TROPICAL FISH, LLC

                Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the information contained in the Plaintiff's Stipulation for

Dismissal with Prejudice in the above-captioned matter, IT IS HEREBY ORDERED

THAT THIS CASE IS DISMISSED WITH PREJUDICE.


Dated this _23d_ day of September, 2013.

                By: _Barbara B. Crabb_
                Barbara B. Crabb
                United States District Judge

1